Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  14–28242–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

George A. Fisher                                    Pamela L. Fisher
152 Applewood Drive                                 152 Applewood Drive
Swedesboro, NJ 08085                                Swedesboro, NJ 08085

Social Security No.:
  xxx–xx–0534                                        xxx–xx–3245

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 7, 2014.

On July 9, 2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                     August 3, 2016
Time:                     09:00 AM
Location:                 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 11, 2016
JJW: eag

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 14-28242-JNP
George A. Fisher                                                Chapter 13
Pamela L. Fisher
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 2          Date Rcvd: Jul 11, 2016
                              Form ID: 185          Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2016.
```
db/jdb       +George A. Fisher,   Pamela L. Fisher,   152 Applewood Drive,   Swedesboro, NJ 08085-1538
smg           U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
cr           +NJCLASS,   PO Box 548,   Trenton, NJ 08625-0548
cr           +Trumark Financial Credit Union,   1000 Northbrook Drive,   Trevose, PA 19053-8430
515175361     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515031230    +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
515190974    +Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
515031232    +Bby/cbna,   26525 N Riverswood Blvd,   Mettawa, IL 60045-3440
515031233    +Bk Of Amer,   450 American St,   Simi Valley, CA 93065-6285
515031234   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,   Po Box 85520,   Richmond, VA  23285)
515031235    +Cap1/boscv,   Po Box 5253,   Carol Stream, IL 60197-5253
515031236    +Cap1/bstby,   PO Box 6497,   Sioux Falls, SD 57117-6497
515162343     Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
515178775     Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515240501    +Cavalry SPV I, LLC.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Ste. 200,
              Tucson, AZ 85712-1083
515031237    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
515230745    +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
515031239    +Comenity Bank/peebles,   Po Box 182789,   Columbus, OH 43218-2789
515031240    +Credit First N A,   6275 Eastland Rd,   Brookpark, OH 44142-1399
515192205    +Credit First NA,   PO Box 818011,   Cleveland, OH 44181-8011
515031241    +Dept Of Ed/sallie Mae,   11100 Usa Pkwy,   Fishers, IN 46037-9203
515031242    +Diamond Credit Union,   1600 Medical Drive,   Pottstown, PA 19464-3242
515031243    +Fed Loan Serv,   Po Box 61047,   Harrisburg, PA 17106-1047
515234884     FedLoan Servicing,   P.O. Box 69184,   Harrisburg, PA  17106-9184
515031244    +Fort Billings FCU,   900 Billingsport Rd,   PO Box 369,   Paulsboro, NJ 08066-0369
515031246   +++Louviers Fcu,   185 E Main Street,   Newark, DE  19711
515073259    +NJ Class,   PO Box 548,   Trenton, NJ 08625-0548
515133028     Navient Solutions Inc.,   Department of Education Loan Services,   Po Box 9635,
              Wilkes-Barre PA. 18773-9635
515133026     Navient Solutions Inc. Department of Education Loa,   Po Box 9635,
              Wilkes-Barre PA. 18773-9635
515031248    +Sears/cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
515031249    +State Of Nj Student As,   Po Box 538,   Trenton, NJ 08625-0538
515031252    +Trumark Financial Cu,   1000 Northbrook Dr,   Trevose, PA 19053-8430
515056470     Wells Fargo Bank, N.A.,   P.O. Box 19657,   Irvine, CA 92623-9657
515031253    +Wfds/wds,   Po Box 1697,   Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2016 23:23:08     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
515031231     E-mail/Text: g20956@att.com Jul 11 2016 23:23:49     AT & T,   PO Box 246,
              Artesia, CA  90702-0246
515207412    +E-mail/Text: g20956@att.com Jul 11 2016 23:23:49     AT&T Mobility II LLC,
              % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
              Bedminster, NJ 07921-2693
515031229    +E-mail/Text: ally@ebn.phinsolutions.com Jul 11 2016 23:22:23     Ally Financial,
              P O Box 380901,   Bloomington, MN 55438-0901
515045438     E-mail/Text: ally@ebn.phinsolutions.com Jul 11 2016 23:22:23
              Ally Financial serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN 55113-0004
515031238    +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jul 11 2016 23:23:44
              Comcast Cable Communications,   1490 Berlin Road,   Woodcrest Shopping Center,
              Cherry Hill, NJ 08003-3652
515031245    +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 11 2016 23:22:31     Kohls/capone,
              N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
515250323     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2016 23:32:01
              Portfolio Recovery Associates, LLC,   c/o Care Credit,   POB 41067,   Norfolk VA 23541
515223582     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2016 23:32:47
              Portfolio Recovery Associates, LLC,   c/o Lowes,   POB 41067,   Norfolk VA 23541
515250322     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2016 23:32:48
              Portfolio Recovery Associates, LLC,   c/o Sears Premier Card,   POB 41067,   Norfolk VA 23541
515167767     E-mail/Text: bnc-quantum@quantum3group.com Jul 11 2016 23:23:02
              Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
515031247    +E-mail/PDF: pa_dc_claims@navient.com Jul 11 2016 23:32:47     Sallie Mae,   Po Box 9655,
              Wilkes Barre, PA 18773-9655
515087963     E-mail/Text: ebn_bkrt_forms@salliemae.com Jul 11 2016 23:23:50     Sallie Mae,   P.O. Box 3319,
              Wilmington, DE 19804-4319
515031250    +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2016 23:31:06     Syncb/care Credit,
              950 Forrer Blvd,   Kettering, OH 45420-1469
515031251    +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2016 23:31:54     Syncb/lowes,   Po Box 956005,
              Orlando, FL 32896-0001
```

```
District/off: 0312-1        User: admin           Page 2 of 2          Date Rcvd: Jul 11, 2016
                           Form ID: 185           Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
                                                                       TOTAL: 15
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515064203*      Wells Fargo Bank, N.A.,   P.O. Box 19657,   Irvine, CA 92623-9657
                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2016 at the address(es) listed below:
```
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
        Joseph J. Rogers   on behalf of Joint Debtor Pamela L. Fisher jjresq@comcast.net,
         jjresq1@comcast.net
        Joseph J. Rogers   on behalf of Debtor George A. Fisher jjresq@comcast.net,  jjresq1@comcast.net
        Joshua I. Goldman   on behalf of Creditor   BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
         HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP jgoldman@kmllawgroup.com,
         bkgroup@kmllawgroup.com
                                                                       TOTAL: 5
```