UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR 1185)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964; Fax (856) 228-7965

Order Filed on December 16, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

George And Pamela Fisher

Case No.: 14-28242 JNP

Chapter: 13

Judge: Jerrold N. Poslusny, Jr

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: December 16, 2016

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph J. Rogers, Esquire_____, the applicant, is allowed a fee of $ _____400_____ for services rendered and expenses in the amount of $_____ for a total of $_____400_____. The allowance shall be payable:

☒   through the Chapter 13 plan as an administrative priority.

❏   outside the plan.

The debtor's monthly plan is modified to require a payment of $_____***_____ per month for ____****____ months to allow for payment of the aforesaid fee.
[****The attorney fees were included in the modified plan figures.****]

*Revised 10/3/02*