UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                              Case No.:    14-28242 JNP

George A. and Pamela L Fisher          Chapter:    13

                                           Judge:    Jerrold N. Poslusny, 

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

George A. and Pamela L Fisher, Debtors, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
Mitchell Cohen Federal Court House
1 John F. Gerry Plaza
Fourth and Cooper, 4th Floor
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr on May 1, 2018 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 4C, Camden (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Settlement payment from a motor vehicle loss.

Pertinent terms of settlement:
| | |
|---|---:|
| Geico Insurance Settlement Amount: | $3,321.44 |
| Lienholder's payoff (Fort Billings FCU) | $8,050.59 |
| No balance to Debtors or Trustee | $ 0.00 |

Objections must be served on, and requests for additional information directed to:

Name: Joseph J. Rogers, Esq

Address: 900 Route 168 Suite I-4 Turnersville, NJ 08012

Telephone No.: 856-228-7964

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 14-28242-JNP
George A. Fisher                                                                  Chapter 13
Pamela L. Fisher
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2           Date Rcvd: Apr 02, 2018
                             Form ID: pdf905          Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2018.
```
db/jdb        +George A. Fisher,    Pamela L. Fisher,    152 Applewood Drive,    Swedesboro, NJ 08085-1538
cr            +NJCLASS,    PO Box 548,    Trenton, NJ 08625-0548
cr            +Trumark Financial Credit Union,    1000 Northbrook Drive,    Trevose, PA 19053-8430
515175361      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515031230     +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
515190974     +Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
515031232     +Bby/cbna,    26525 N Riverswood Blvd,    Mettawa, IL 60045-3440
515031233     +Bk Of Amer,    450 American St,    Simi Valley, CA 93065-6285
515031234    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA   23285)
515031235     +Cap1/boscv,    Po Box 5253,    Carol Stream, IL 60197-5253
515031236     +Cap1/bstby,    PO Box 6497,    Sioux Falls, SD 57117-6497
515162343      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515178775      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515240501     +Cavalry SPV I, LLC.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Ste. 200,
               Tucson, AZ. 85712-1083
515031237     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
515230745     +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
515031239     +Comenity Bank/peebles,    Po Box 182789,    Columbus, OH 43218-2789
515031240     +Credit First N A,    6275 Eastland Rd,    Brookpark, OH 44142-1399
515192205     +Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
515031241     +Dept Of Ed/sallie Mae,    11100 Usa Pkwy,    Fishers, IN 46037-9203
515031242     +Diamond Credit Union,    1600 Medical Drive,    Pottstown, PA 19464-3242
515031243     +Fed Loan Serv,    Po Box 61047,    Harrisburg, PA 17106-1047
515234884      FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA  17106-9184
515031244     +Fort Billings FCU,    900 Billingsport Rd,    PO Box 369,    Paulsboro, NJ 08066-0369
515031246    +++Louviers Fcu,    185 E Main Street,    Newark, DE  19711
515073259     +NJ Class,    PO Box 548,    Trenton, NJ 08625-0548
515031248     +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
515031249     +State Of Nj Student As,    Po Box 538,    Trenton, NJ 08625-0538
515031252     +Trumark Financial Cu,    1000 Northbrook Dr,    Trevose, PA 19053-8430
515056470      Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
515031253     +Wfds/wds,    Po Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2018 00:36:14      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2018 00:36:11      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515031231      E-mail/Text: g20956@att.com Apr 03 2018 00:36:45       AT & T,    PO Box 246,
               Artesia, CA  90702-0246
515207412     +E-mail/Text: g20956@att.com Apr 03 2018 00:36:45       AT&T Mobility II LLC,
               % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
               Bedminster, NJ 07921-2693
515031229     +E-mail/Text: ally@ebn.phinsolutions.com Apr 03 2018 00:35:41       Ally Financial,
               P O Box 380901,    Bloomington, MN 55438-0901
515045438      E-mail/Text: ally@ebn.phinsolutions.com Apr 03 2018 00:35:41
               Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
515031238     +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Apr 03 2018 00:36:43
               Comcast Cable Communications,    1490 Berlin Road,    Woodcrest Shopping Center,
               Cherry Hill, NJ 08003-3652
515031245     +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 03 2018 00:35:47       Kohls/capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
515133028      E-mail/PDF: pa_dc_claims@navient.com Apr 03 2018 00:34:53      Navient Solutions Inc.,
               Department of Education Loan Services,    Po Box 9635,    Wilkes-Barre PA. 18773-9635
515133026      E-mail/PDF: pa_dc_ed@navient.com Apr 03 2018 00:34:41
               Navient Solutions Inc. Department of Education Loa,    Po Box 9635,
               Wilkes-Barre PA. 18773-9635
515250323      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2018 00:34:41
               Portfolio Recovery Associates, LLC,    c/o Care Credit,    POB 41067,    Norfolk VA 23541
515223582      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2018 00:34:41
               Portfolio Recovery Associates, LLC,    c/o Lowes,    POB 41067,    Norfolk VA 23541
515250322      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2018 00:35:07
               Portfolio Recovery Associates, LLC,    c/o Sears Premier Card,    POB 41067,    Norfolk VA 23541
515167767      E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2018 00:36:07
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
516643269     +E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2018 00:36:08
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788,
               Quantum3 Group LLC as agent for,    MOMA Funding LLC 98083-0788
516643268      E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2018 00:36:07
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
515031247     +E-mail/PDF: pa_dc_claims@navient.com Apr 03 2018 00:34:54       Sallie Mae,    Po Box 9655,
               Wilkes Barre, PA 18773-9655
```

```
District/off: 0312-1          User: admin              Page 2 of 2                 Date Rcvd: Apr 02, 2018
                              Form ID: pdf905          Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515087963         E-mail/Text: ebn_bkrt_forms@salliemae.com Apr 03 2018 00:36:45      Sallie Mae,   P.O. Box 3319,
                   Wilmington, DE 19804-4319
515031250        +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2018 00:35:06      Syncb/care Credit,
                   950 Forrer Blvd,   Kettering, OH 45420-1469
515031251        +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2018 00:34:51      Syncb/lowes,   Po Box 956005,
                   Orlando, FL 32896-0001
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515064203*        Wells Fargo Bank, N.A.,   P.O. Box 19657,   Irvine, CA 92623-9657
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Joint Debtor Pamela L. Fisher jjresq@comcast.net,
               jjresq1@comcast.net
              Joseph J. Rogers    on behalf of Debtor George A. Fisher jjresq@comcast.net,   jjresq1@comcast.net
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                              TOTAL: 6
```